UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD D. LINES | CIVIL ACTION |
| VERSUS | NO: 07-3532 |
| TERRY TERRELL, WARDEN | SECTION: R |

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that petitioner's Motion to Reopen Case be GRANTED and his Petition for Habeas Corpus be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __4th__ day of September, 2009.

_____
SARAH S. VANCE
**UNITED STATES DISTRICT JUDGE**