UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONALD D. LINES  #473397**                           CIVIL ACTION

**versus**                                             **NO. 07-3532**

**TERRY TERRELL, WARDEN**                              SECTION: "R" (1)

### J U D G M E N T

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED AND DECREED** that the federal petition of **Ronald D. Lines** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  8th  day of September, 2009..

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE